# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISMAEL GUILLERMO HERNANDEZ,<br><br>Plaintiff,<br>v.<br><br>CLARK COUNTY DETENTION CENTER ADMINISTRATOR, et al.,<br><br>Defendants. | Case No. 2:15-cv-02132-APG-NJK<br><br>**ORDER** |

Before the court is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, submitted by Ismael Guillermo Hernandez, who is incarcerated at the Clark County Detention Center (Dkt. #1-1). His application to proceed *in forma pauperis* (Dkt. #1) shall be granted.

Petitioner indicates on the face of his petition that he has not presented his claims to the Nevada Supreme Court. A federal court will not grant a state prisoner's petition for habeas relief until the prisoner has exhausted his available state remedies for all claims raised. *Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b). A petitioner must give the state courts a fair opportunity to act on each of his claims before he presents those claims in a federal habeas petition. *O'Sullivan v. Boerckel*, 526 U.S. 838, 844 (1999); *see also Duncan v. Henry*, 513 U.S. 364, 365 (1995); *Laing v. Ashcroft*, 370 F.3d 994, 997 (9th Cir. 2004). A claim remains unexhausted until the petitioner has given the highest available state court the opportunity to consider the claim through direct appeal or state collateral review proceedings. *See Casey v. Moore*,

386 F.3d 896, 916 (9th Cir. 2004); *Garrison v. McCarthey*, 653 F.2d 374, 376 (9th Cir. 1981).

Accordingly, petitioner shall have **thirty (30) days** from the date of entry of this order to show cause and file such proof he may have to demonstrate that he has exhausted his state remedies. If petitioner has failed to exhaust state remedies, his federal petition will be dismissed without prejudice. *See* Rule 4, Rules Governing Habeas Corpus.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk **shall file and ELECTRONICALLY SERVE** the petition (Dkt. #1-1) on the respondents. No action by respondents is required until further order by this court.

**IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** from the date of entry of this order to show cause and file such proof he may have to demonstrate that he has exhausted his state remedies.

**IT IS FURTHER ORDERED** that if petitioner is unable to demonstrate that he has exhausted his state remedies, the court will enter an order dismissing the petition.

Dated: January 12, 2016..

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE